# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DARRELL COOK, | ) |
|     Petitioner, | ) ) ) |
| vs. | ) Case No. CIV-05-0170-F ) |
| WARDEN, LEXINGTON CORRECTION CENTER, and THE ATTORNEY GENERAL OF THE STATE OF OKLAHOMA, | ) ) ) ) ) |
|     Respondents. | ) |

## ORDER

On April 28, 2005, Magistrate Judge Robert E. Bacharach entered a Report and Recommendation (doc. no. 8), recommending that the court deny the habeas relief sought by the petitioner in this action. The Report advised petitioner of his right to file an objection to the Report by May 18, 2005, and advised that failure to timely object to the Report forecloses appellate review of the suggested ruling. Although the May 18 date for objecting to the Report has previously been extended three times until, most recently, August 20, 2005, no objection has been filed.

Having reviewed the April 28, 2005 Report and Recommendation of Magistrate Judge Bacharach, and with no objection being filed, the court **ACCEPTS**, **ADOPTS** and **AFFIRMS** the Report in its entirety. The petition for a writ of habeas corpus relief is hereby **DENIED**.

Dated this 26th day of August, 2005.

                                                               STEPHEN P. FRIOT
                                                               UNITED STATES DISTRICT JUDGE